■ SYLVIA LANDES (SYLVIA SMITH), Respondent, v. PHILIP LANDES, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, Bastow, Botein, Rabin and Bergan, JJ. [207 Misc. 460.]

■ ALBERT CHAPMAN, Appellant, v. EPTA, INC., Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, Bastow, Botein, Rabin and Bergan, JJ.

■ P. PASCAL, INC., Respondent, v. JOSEPH M. ESPOSITO, Individually and Doing Business as ESPOSITO TRUCKING CO., Defendant, and DE STEFANO'S GARAGE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, Bastow, Botein, Rabin and Bergan, JJ.

■ In the Matter of STANLEY I. LA COV, Appellant, against HEUBLEIN, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, Bastow, Botein, Rabin and Bergan, JJ.

■ In the Matter of the Arbitration between B. J. LUCARELLI & Co., INC., Appellant, and BRAMWELL CONSTRUCTION COMPANY, DIVISION OF SAFEWAY STORES, INCORPORATED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Bastow, Cox and Frank, JJ.

■ MEAD JOHNSON & COMPANY, Appellant, v. HARRY WAGANFELD, Doing Business as WORLD MERCHANDISE EXCHANGE, Respondent.— Judgment unanimously affirmed, with costs. Upon the present record, the decision of the trial court that the defendant did not knowingly make sales that were in violation of plaintiff's fair trade contracts is not against the weight of the credible evidence. In affirming, however, we reverse finding of fact numbered four that " [a]ll sales made by defendant of products produced and/or distributed by plaintiff have been at wholesale". The trial court was justified in finding that sales had not been made at retail but clearly there was insufficient proof submitted by the defendant from which it could be found that all sales were made at wholesale. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ In the Matter of HAROLD SOMBERG, Petitioner, against MARY DONLON, as Chairman of the Workmen's Compensation Board of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

■ ERIC A. JOHNSON, Appellant, v. SHAIA SHALOM et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.